UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KANOSI CHAKWEVA,<br><br>    Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>    Defendants. | Case No.  5:16-cv-02231-EJD<br><br>**ORDER TO SHOW CAUSE** |

On August 1, 2016, the court issued a Case Management Order which scheduled a Further Case Management Conference for this action on October 6, 2016, and required that a Joint Case Management Conference Statement be filed on or before September 29, 2016. As of the date and time this order was filed, however, the court has not received a statement from any party.

Accordingly, the court hereby issues an order to show cause why this action should not be dismissed for failure to prosecute. If Plaintiff does not, by **October 7, 2016**, file or cause to be filed a case management conference statement which conforms to the undersigned's applicable Standing Order or otherwise demonstrate good cause in writing why this case should not be dismissed, the court will dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b). No hearing will be held on the order to show cause unless otherwise ordered by the court.

In light of this order, the Further Case Management Conference Statement scheduled for

October 6, 2016, is VACATED and will be reset, if necessary, upon resolution of the issue addressed herein.  The motion to appear by telephone (Dkt. No. 49) is TERMINATED AS MOOT.

**IT IS SO ORDERED.**

Dated:  October 5, 2016



EDWARD J. DAVILA
United States District Judge