Scott Sagaria (State Bar No.217981)
Elliot Gale (State Bar No. 263326)
Joe Angelo (State Bar No. 268542)
SAGARIA LAW, P.C.
2033 Gateway Place, 5th Floor
San Jose, California 95110
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| KANOSI CHAKWEVA,<br><br>       Plaintiff,<br><br>       vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; et. al.,<br><br>       Defendants. | Federal Case No.: 5:16-CV-02231-EJD<br><br>**STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT DITECH FINANCIAL, LLC; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

   IT IS HEREBY STIPULATED by and between plaintiff Kanosi Chakweva and defendant Ditech Financial, LLC ("Ditech"), that Ditech be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//
//
//
//
//

1

//

DATED: January 18, 2017				Sagaria Law, P.C.

						By:	*/s/ Elliot W. Gale*
							Elliot W. Gale
						Attorneys for Plaintiff
						Kanosi Chakweva


DATED: January 31, 2017				Locke Lord LLP


						By:	*/s/ Lindsey Kress*
							Lindsey Kress
						Attorneys for Defendant
						Ditech Financial, LLC


I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Lindsey Kress has concurred in this filing.
*/s/ Elliot Gale*

# [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Ditech is dismissed with prejudice, and that each party shall bear its own attorneys' fees and costs. The Clerk shall close this file.

IT IS SO ORDERED.

DATED: February 2, 2017				_____
						EDWARD J. DAVILA
						UNITED STATES DISTRICT JUDGE